**Below is the Order of the Court.**

*Mary Jo Heston* (signature)
_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| In Re: | ) | NO. 17-43635-MJH |
| | ) | |
| STEWART W. MILLER and | ) | |
| | ) | AGREED |
| LYNN J. MILLER, | ) | ORDER SUSTAINING TRUSTEE'S |
| | ) | OBJECTION TO CONFIRMATION |
| Debtors. | ) | WITH STRICT COMPLIANCE |

**NOTICE:** The failure to file a feasible, amended, chapter 13 plan and notice it for hearing in accordance with the terms of this Order may result in the Trustee or objecting party submitting an order dismissing this chapter 13 proceeding without further notice.

**THIS MATTER** having come on before the above entitled Court pursuant to the Chapter 13 Trustee's Objection to Confirmation with Strict Compliance and the Court having reviewed the records and files herein and being fully advised, it is hereby

**ORDERED, ADJUDGED and DECREED** that the Trustee's objection to confirmation is **SUSTAINED** and confirmation is **DENIED**; it is further

**ORDERED, ADJUDGED and DECREED** that the debtors shall file a feasible amended plan no later than 30 days from the date of entry of this order and that the debtors note said amended plan for hearing with the requisite notice as required by Fed. R. Bankr. P. 2002(b) on the next available Chapter 13 Motion Calendar; It is further

Michael G. Malaier
Standing Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

Agreed Order Sustaining Objection to
Confirmation with Strict Compliance - 1

**ORDERED, ADJUDGED and DECREED** that failure to file a feasible, amended, chapter 13 plan and notice it for hearing in accordance with the terms of this Order may result in the Trustee submitting an order dismissing this chapter 13 proceeding, **without further notice;**

**ORDERED, ADJUDGED and DECREED** that the Trustee's Office shall file a proof of service verifying notice of this order was given to the debtors, debtor's counsel and any other party requesting notice.

///End of Order///

Presented by:

/signature/

Mathew S LaCroix, WSBA #41847
Staff Attorney to Michael G. Malaier
Standing Chapter 13 Trustee

Approved by:

/s/ Dallas W. Jolley Jr
Dallas W. Jolley Jr., WSBA #22957
Attorney for Debtors

Michael G. Malaier
Standing Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

Agreed Order Sustaining Objection to
Confirmation with Strict Compliance - 2