**Below is the Order of the Court.**

*Mary Jo Heston*
_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re:<br><br>STEWART W. MILLER, and<br><br>LYNN J. MILLER<br><br>                       Debtor(s). | Case No. 17-43635-MJH<br><br>EX PARTE<br>ORDER DISMISSING CHAPTER 13 CASE |

**THIS MATTER** having been set for hearing before the above entitled Court upon the Trustee's Objection to Confirmation with Strict Compliance of Chapter 13 Plan on **January 18, 2018**. The Court having entered an Agreed Order Sustaining Trustee's Objection to Chapter 13 Plan on **January 17, 2018**, which ordered the Debtors to file a feasible amended plan no later than 30 days after entry of said order and note the amended plan for hearing on the next available hearing date. The Debtors having not complied with the ruling of that order, now therefore, IT IS HEREBY

**ORDERED** that any funds being held by the Trustee shall be applied to the filing fee, with any remaining balance returned to the Debtors; it is further

**ORDERED** that upon dismissal or conversion, any refund shall be payable to the Debtors and may be forwarded to the Debtors though the attorney's office per 11 U.S.C. 349(b)(3); it is further

Order Dismissing Chapter 13 Case - 1

Michael G. Malaier
Standing Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

**ORDERED** that the above-captioned case be dismissed effective on the date of this Order and the Trustee is directed to administratively close this case and issue Trustee's Final Report to creditors.

///End of Order///

Presented by:

_____
Mathew S. LaCroix, WSBA #41847 for
Michael G. Malaier, Standing Chapter 13 Trustee

Order Dismissing Chapter 13 Case - 2

Michael G. Malaier
Standing Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600